# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA DRYSDALE, ) | Case No. 06cv0004-BEN (RBB) |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| CITY OF SAN DIEGO, KEVIN ) BARNARD and DOES 1-100 ) | |
| Defendants. ) | |

GOOD CAUSE APPEARING, based upon the joint motion and stipulation of the parties and with consent from District Attorney of the County of San Diego,

IT IS ORDERED that the Hon. Bonnie Dumanis, District Attorney of the County of San Diego, shall make the District Attorney's complete file in the case of *People of the State of California v. Kendra Lee Drysdale*, Case No. SCD184954, District Attorney No. ABH448, available for copying by both parties in the above entitled action. If the District Attorney or any employee of her Office becomes a party to this action, the portions of the District Attorney files obtained under this stipulation, which may ordinarily be protected by the attorney work-product privilege, will be subject to the provisions and procedures set out in Rule 45(d)(2)(B) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: October 5, 2007

**HON. RUBEN B. BROOKS**
United States Magistrate Judge
Southern District of California